UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

PAMELA L. MESSNER,

              Debtor.

_____/

Case No. 25-49031-lsg
Chapter 7
Judge Gretchko

## TRUSTEE'S APPLICATION TO EMPLOY COUNSEL

K. Jin Lim, Chapter 7 Trustee for the estate of Pamela L. Messner (the "Debtor"), states:

1. On September 9, 2025, the Debtor filed a voluntary petition under Chapter 7 of the U.S. Bankruptcy Code.

2. K. Jin Lim is the duly appointed Chapter 7 Trustee of the Debtor's estate (the "Trustee").

3. The Trustee wishes to employ the law firm of Bernardi, Ronayne & Glusac, P.C., as her attorneys in this matter. The partners and associates of Bernardi, Ronayne & Glusac, P.C., have acted as trustee's counsel in numerous bankruptcy cases in the Eastern District of Michigan.

4. The Trustee requires the advice and assistance of counsel for the following purposes:

1

a. to give the Trustee legal advice with respect to her powers and duties as Trustee in the administration of the Debtor's estate;

b. to assist the Trustee in carrying out her duties as described in 11 U.S.C. § 704;

c. to prepare on behalf of the Trustee necessary applications, answers, orders, reports and other documents or pleadings;

d. to conduct negotiations with prospective purchasers, unsecured creditors, secured creditors, taxing authorities and other parties in interest; and

e. to perform all other legal services for Trustee as may be necessary herein.

5. Bernardi, Ronayne & Glusac, P.C., is not now, nor has it ever been employed by or connected with the Debtor or any other person having an interest adverse to the creditors herein, except as indicated in the attached Verified Statement of Counsel, and is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14).

6. The current hourly rates of Bernardi, Ronayne & Glusac, P.C., are listed in Exhibit A. All fees for legal services are subject to Court approval.

THEREFORE, the Trustee requests that an Order be entered authorizing her to employ Bernardi, Ronayne & Glusac, P.C., as her attorneys in this case.

2

/s/K. Jin Lim, Trustee
176 S. Harvey Street
Plymouth, MI 48170
(734) 416-9420
kjinlim7@gmail.com

Dated: October 14, 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

PAMELA L. MESSNER,

Case No. 25-49031-lsg
Chapter 7
Judge Gretchko

Debtor.
_____/

## **VERIFIED STATEMENT OF COUNSEL**

RODNEY M. GLUSAC states:

1. I am a shareholder, director, and officer of the firm of Bernardi, Ronayne & Glusac, P.C., whose offices are located at 1058 Maple Street, Suite 100, Plymouth, Michigan 48170 (the "Firm").

2. I am authorized to make this Verified Statement on behalf of the Firm.

3. Neither I nor any member of the Firm represents or holds any interest adverse to the estate.

4. I have searched the Firm's conflict databases for current and past clients. Based on my searches, neither I nor any member of the Firm has any connections with the Debtors, creditors, or any other party in interest, their respective known attorneys or accountants, the United States Trustee or any other person employed by the United States Trustee.

4

5. The other members of the Firm and I are "disinterested persons" as such term is defined in 11 U.S.C. § 101(14) of the Bankruptcy Code.

6. The Firm has not made any agreement to share compensation in this case and that he knows of no reason why the firm should not act as attorneys for the Trustee.

7. I declare under penalty of perjury that the preceding statements are true and correct to the best of my knowledge, information, and belief.

Dated: October 14, 2025            /s/Rodney M. Glusac
                                    Rodney M. Glusac

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

PAMELA L. MESSNER,

               Debtor.

Case No. 25-49031-lsg
Chapter 7
Judge Gretchko

_____/

### ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL

This matter came before the Court on the ex parte application of K. Jin Lim, Chapter 7 Trustee to employ Bernardi, Ronayne & Glusac, P.C., as counsel ("Application"; ECF No. ___). The Court notes that a Statement of Consent of the U.S. Trustee has been filed regarding the Application ("UST Consent"; ECF No. __). The Court has reviewed the Application and the UST Consent and is advised in the premises:

IT IS ORDERED that:

A.    Bernardi, Ronayne & Glusac, P.C., is authorized to be employed as attorneys for the Trustee in this case pursuant to the terms and conditions set forth in the Application and its verified statement; and

B.    Compensation shall be paid after application and Court Order authorizing payment.

# EXHIBIT 1

**BERNARDI, RONAYNE & GLUSAC, P.C.**
HOURLY RATES
2025

| Attorney | Hourly Rate |
|---|---|
| JOSEPH J. BERNARDI | $285.00 |
| RODNEY M. GLUSAC | $325.00 |
| ROBERT A. PEURACH | $325.00 |

# EXHIBIT A